# Exhibit 3

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

1.    I,    William Shuzman,    make this declaration on behalf of Iron Workers Locals #40, 361 & 417 Union Security Funds pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934.

2.    I have reviewed the Complaint against Wachovia Corporation and authorize, if necessary, the filing of a comparable Complaint on behalf of Iron Workers Locals #40, 361 & 417 Union Security Funds.

3.    Iron Workers Locals #40, 361 & 417 Union Security Funds did not purchase Wachovia Corporation common stock at the direction of plaintiffs' counsel or in order to participate in any private action arising under Title I of the Securities Exchange Act of 1934.

4.    Iron Workers Locals #40, 361 & 417 Union Security Funds is willing to serve as a representative party on behalf of a Class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary. Iron Workers Locals #40, 361 & 417 Union Security Funds understands that the Court has the authority to select the most adequate lead plaintiff in this action and that the firm of Pomerantz Haudek Block Grossman & Gross LLP may exercise its discretion in determining whether to move on behalf for appointment as lead plaintiff.

5.      Attached hereto as Exhibit A is a list of all Iron Workers Locals #40, 361 & 417 Union Security Funds transactions in Wachovia Corporation common stock during the relevant period.

6.      During the three year period preceding the date on which this Certification is signed, Iron Workers Locals #40, 361 & 417 Union Security Funds has not sought to serve as a representative party on behalf of a class under the federal securities laws except as follows:

>   Lead Plaintiff:  American Italian Pasta Company, 4:05-cv-00725-ODS
>   W.D. Missouri
>
>   Juniper Networks, 2:06-cv-00349-RTR
>   N.D. Cal

7.      Iron Workers Locals #40, 361 & 417 Union Security Funds agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 4, 2008 , at
           (Date)

New York, NY
(City, State)

(Signature)

William Shuzman – Fund Co-Counsel
(Type or Print Name)

# Exhibit A

**WACHOVIA CORP**
**CLASS PERIOD: MAY 08 2006 through JUNE 06 2008**
**Iron Workers Locals #40, 361 & 417 Union Security Funds**

| Trade Date | Trans | Shares | Price |
|---|---|---|---|
| 12/1/2006 | PUR | 480 | $54.0900 |
| 3/26/2007 | PUR | 2,880 | $56.4300 |
| 6/22/2007 | PUR | 2,900 | $52.4165 |
| 8/2/2007 | PUR | 5,260 | $46.7160 |
| 10/22/2007 | PUR | 29,030 | $46.2780 |
| 11/12/2007 | PUR | 1,820 | $42.0240 |
| 11/12/2007 | PUR | 3,490 | $42.0240 |
| 12/3/2007 | PUR | 3,270 | $42.1700 |
| 12/26/2007 | PUR | 5,030 | $38.9640 |
| 12/27/2007 | PUR | 17,970 | $38.4520 |
| 4/9/2008 | PUR | 16,460 | $26.9060 |

Sch_40

# Exhibit 4

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

1.      I,              William Shuzman                        make this

declaration on behalf of Iron Workers Local #580 Pension Fund pursuant to Section

21D(a)(2) of the Securities Exchange Act of 1934.

2.      I have reviewed the Complaint against Wachovia Corporation and authorize, if

necessary, the filing of a comparable Complaint on behalf of Iron Workers Local #580

Pension Fund.

3.      Iron Workers Local #580 Pension Fund did not purchase Wachovia Corporation

common stock at the direction of plaintiffs' counsel or in order to participate in any

private action arising under Title I of the Securities Exchange Act of 1934.

4.      Iron Workers Local #580 Pension Fund is willing to serve as a representative

party on behalf of a Class as set forth in the Complaint, including providing testimony at

deposition and trial, if necessary.  Iron Workers Local #580 Pension Fund understands

that the Court has the authority to select the most adequate lead plaintiff in this action and

that the firm of Pomerantz Haudek Block Grossman & Gross LLP may exercise its

discretion in determining whether to move on behalf for appointment as lead plaintiff.

5.      Attached hereto as Exhibit A is a list of all Iron Workers Local #580 Pension

Fund transactions in Wachovia Corporation common stock during the relevant period.

6.      During the three year period preceding the date on which this Certification is signed, Iron Workers Local #580 Pension Fund has not sought to serve as a representative party on behalf of a class under the federal securities laws except as follows:

> Lead Plaintiff: Symbol Technologies, Inc., 2:05-cv-03923-DHR-AKT, E.D. NY
>
> Bradley Pharmaceuticals, Inc., 2:04-cv-01219 PGS-RJH, District of New Jersey
>
> Par Pharmaceutical, 2:06-cv-03226-PGS-RJH, District of New Jersey
>
> Juniper Networks, 2:06-cv-00349-RTR, N.D. Cal.

7.      Iron Workers Local #580 Pension Fund agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed ___7/25/2008___, at    New York, N.Y.
          (Date)        (City, State)

                    (Signature)

William Shuzman, Esq. - Fund Co-Counsel
(Type or Print Name)

# Exhibit A

**WACHOVIA CORP**
**CLASS PERIOD:  MAY 08 2006 through JUNE 06 2008**
**Iron Workers Local #580 Pension Fund**

| Trade Date | Trans | Shares | Price |
|---|---|---|---|
| 5/25/2006 | SLD | (5,500) | $53.3000 |
| 5/25/2006 | SLD | (1,900) | $53.3000 |
| 10/4/2006 | PUR | 6,463 | $55.7800 |
| 10/4/2006 | PUR | 1,681 | $55.7800 |
| 12/1/2006 | PUR | 770 | $54.1300 |
| 12/13/2006 | PUR | 1,350 | $56.1900 |
| 12/15/2006 | SLD | (2,115) | $57.1500 |
| 5/21/2007 | PUR | 2,830 | $56.5700 |
| 6/1/2007 | PUR | 700 | $54.5622 |
| 6/1/2007 | PUR | 1,100 | $54.5622 |
| 7/27/2007 | PUR | 1,800 | $48.2370 |
| 7/27/2007 | PUR | 625 | $48.2370 |
| 10/1/2007 | PUR | 9,010 | $51.0170 |
| 10/16/2007 | PUR | 500 | $48.8625 |
| 10/16/2007 | PUR | 1,250 | $48.8500 |
| 10/22/2007 | PUR | 2,010 | $46.7510 |
| 11/12/2007 | PUR | 2,780 | $41.3330 |
| 12/19/2007 | PUR | 2,350 | $39.2200 |
| 12/31/2007 | PUR | 750 | $38.3400 |
| 3/19/2008 | PUR | 1,860 | $29.3300 |
| 4/7/2008 | PUR | 300 | $27.9100 |
| 4/14/2008 | PUR | 8,400 | $24.9140 |

Sch_580

# Exhibit 5

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

1.    I, Thomas S. Pryce    ,    make this declaration on behalf of Iron Workers District Council of Western New York & Vicinity Pension Plan pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934.

2.    I have reviewed the Complaint against Wachovia Corporation and authorize, if necessary, the filing of a comparable Complaint on behalf of Iron Workers District Council of Western New York & Vicinity Pension Plan.

3.    Iron Workers District Council of Western New York & Vicinity Pension Plan did not purchase Wachovia Corporation common stock at the direction of plaintiffs' counsel or in order to participate in any private action arising under Title I of the Securities Exchange Act of 1934.

4.    Iron Workers District Council of Western New York & Vicinity Pension Plan is willing to serve as a representative party on behalf of a Class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary. Iron Workers District Council of Western New York & Vicinity Pension Plan understands that the Court has the authority to select the most adequate lead plaintiff in this action and that the firm of Pomerantz Haudek Block Grossman & Gross LLP may exercise its discretion in determining whether to move on behalf for appointment as lead plaintiff.

5.      Attached hereto as Exhibit A is a list of all Iron Workers District Council of Western New York & Vicinity Pension Plan transactions in Wachovia Corporation common stock during the relevant period.

6.      During the three year period preceding the date on which this Certification is signed, Iron Workers District Council of Western New York & Vicinity Pension Plan has not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      Iron Workers District Council of Western New York & Vicinity Pension Plan agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed _____August 6, 2008___, at ' ____Niagara Falls, N.Y.____
                    (Date)                              (City, State)

                                        _____
                                                (Signature)

                                        ____Thomas G. Pryce____
                                                (Type or Print Name)

# Exhibit A

**WACHOVIA CORP**
**CLASS PERIOD: MAY 08 2006 through JUNE 06 2008**
**Iron Workers District Council of Western New York**
**& Vicinity Pension Plan**

| Trade Date | Trans | Shares | Price |
|---|---|---|---|
| 6/22/2007 | PUR | 10 | $52.5851 |
| 6/22/2007 | PUR | 3,310 | $52.5851 |
| 8/1/2007 | PUR | 140 | $46.5747 |
| 8/1/2007 | PUR | 10,800 | $46.5747 |
| 10/19/2007 | PUR | 14,260 | $46.7498 |
| 11/9/2007 | PUR | 7,870 | $41.1619 |
| 11/9/2007 | PUR | 60 | $41.1619 |
| 2/29/2008 | PUR | 70 | $31.6279 |
| 5/1/2008 | SLD | (31,900) | $30.3112 |
| 5/1/2008 | SLD | (220) | $30.3112 |

Sch_dc

# Exhibit 6

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

1. I, Garry M. Simmons, Trustee, make this declaration on behalf of Iron Workers Local 12 Pension Fund pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934.

2. I have reviewed the Complaint against Wachovia Corporation and authorize, if necessary, the filing of a comparable Complaint on behalf of Iron Workers Local 12 Pension Fund.

3. Iron Workers Local 12 Pension Fund did not purchase Wachovia Corporation common stock at the direction of plaintiffs' counsel or in order to participate in any private action arising under Title I of the Securities Exchange Act of 1934.

4. Iron Workers Local 12 Pension Fund is willing to serve as a representative party on behalf of a Class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary. Iron Workers Local 12 Pension Fund understands that the Court has the authority to select the most adequate lead plaintiff in this action and that the firm of Pomerantz Haudek Block Grossman & Gross LLP may exercise its discretion in determining whether to move on behalf for appointment as lead plaintiff.

5. Attached hereto as Exhibit A is a list of all Iron Workers Local 12 Pension Fund

F

transactions in Wachovia Corporation common stock during the relevant period.

6.    During the three year period preceding the date on which this Certification is signed, Iron Workers Local 12 Pension Fund has not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    Iron Workers Local 12 Pension Fund agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed  August  6 ,2008  , at    Albany, New York
            (Date)                        (City, State)

                                        (Signature)

                            Garry M. Simmons, Trustee
                            (Type or Print Name)

# Exhibit A

**WACHOVIA CORP**
**CLASS PERIOD:  MAY 08 2006 through JUNE 06 2008**
**Iron Workers Local 12 Pension Fund**

| Trade Date | Trans | Shares | Price |
|---|---|---|---|
| 6/27/2006 | SLD | (900) | $52.8387 |
| 7/11/2006 | SLD | (1,300) | $53.8800 |
| 7/14/2006 | PUR | 1,825 | $52.9450 |
| 12/1/2006 | PUR | 530 | $54.0590 |
| 12/1/2006 | PUR | 60 | $54.0594 |
| 8/1/2007 | PUR | 520 | $46.6912 |
| 8/3/2007 | PUR | 5,620 | $46.5690 |
| 11/9/2007 | PUR | 170 | $41.1619 |
| 11/9/2007 | PUR | 1,570 | $41.1619 |
| 1/28/2008 | SLD | (6,330) | $37.3311 |
| 2/29/2008 | PUR | 1,480 | $31.6279 |
| 2/29/2008 | PUR | 310 | $31.6279 |
| 5/2/2008 | SLD | (3,460) | $30.6610 |
| 5/2/2008 | SLD | (870) | $30.6610 |

Sch_12

# Exhibit 7

<u>**CERTIFICATION OF PLAINTIFF**</u>
<u>**PURSUANT TO FEDERAL SECURITIES LAWS**</u>

1. I, NEIL J. SAVASTA, make this declaration on behalf of Local 295/ Local 851 IBT Employer Group Pension Trust Fund pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934.

2. I have reviewed the Complaint against Wachovia Corporation and authorize, if necessary, the filing of a comparable Complaint on behalf of Local 295/ Local 851 IBT Employer Group Pension Trust Fund.

3. Local 295/ Local 851 IBT Employer Group Pension Trust Fund did not purchase Wachovia Corporation common stock at the direction of plaintiffs' counsel or in order to participate in any private action arising under Title 1 of the Securities Exchange Act of 1934.

4. Local 295/ Local 851 IBT Employer Group Pension Trust Fund is willing to serve as a representative party on behalf of a Class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary. Local 295/ Local 851 IBT Employer Group Pension Trust Fund understands that the Court has the authority to select the most adequate lead plaintiff in this action and that the firm of Pomerantz Haudek Block Grossman & Gross LLP may exercise its discretion in determining whether to move on behalf for appointment as lead plaintiff.

5.      Attached hereto as Exhibit A is a list of all Local 295/ Local 851 IBT Employer Group Pension Trust Fund transactions in Wachovia Corporation common stock during the relevant period.

6.      During the three year period preceding the date on which this Certification is signed, Local 295/ Local 851 IBT Employer Group Pension Trust Fund has not sought to serve as a representative party on behalf of a class under the federal securities laws except as follows:

        • MoneyGram International, Inc., 0:08-cv-00883-DSD-JJG, D. Minnesota

7.      Local 295/ Local 851 IBT Employer Group Pension Trust Fund agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed _____8/7/08_____, at _____New York, NY_____
            (Date)                  (City, State)

                                   _____Neil J. Savasta_____
                                      (Signature)

                                   _____NEIL J. SAVASTA_____
                                     (Type or Print Name)

# Exhibit A

**WACHOVIA CORP**
**CLASS PERIOD:  MAY 08 2006 through JUNE 06 2008**
**Local 295/Local 851 IBT Employer Group**
 **Pension Trust Fund**

| Trade Date | Trans | Shares | Price |
|---|---|---|---|
| 10/8/2007 | PUR | 210 | $51.4500 |
| 10/19/2007 | PUR | 6,200 | $46.3750 |
| 10/24/2007 | PUR | 3,700 | $45.4000 |
| 11/6/2007 | SLD | (210) | $42.7789 |
| 11/19/2007 | PUR | 4,700 | $37.8200 |
| 12/6/2007 | SLD | (3,700) | $43.2750 |
| 1/4/2008 | PUR | 1,900 | $35.5180 |
| 1/9/2008 | PUR | 37 | $33.5300 |
| 1/9/2008 | PUR | 63 | $33.4880 |
| 2/13/2008 | PUR | 4,857 | $34.7400 |
| 2/13/2008 | PUR | 34 | $34.6020 |
| 2/13/2008 | PUR | 309 | $34.5190 |
| 3/4/2008 | PUR | 700 | $29.0700 |
| 3/17/2008 | PUR | 200 | $25.4200 |
| 3/17/2008 | PUR | 2,600 | $25.3740 |
| 3/17/2008 | PUR | 1,400 | $25.2790 |
| 3/17/2008 | PUR | 1,400 | $25.1850 |
| 3/20/2008 | PUR | 100 | $30.9900 |
| 4/8/2008 | PUR | 900 | $27.7450 |
| 6/4/2008 | SLD | (3,998) | $21.7640 |
| 6/4/2008 | SLD | (202) | $21.6850 |

Sch_295