# Exhibit 8

Case 1:08-cv-06171-RJS   Document 3-4   Filed 08/08/08   Page 2 of 7

**WACHOVIA CORP**
**CLASS PERIOD: MAY 08 2006 through JUNE 06 2008**

| Plaintiff | Purchase Shares | Amount | Sold Shares | Amount | Shares Retained | 60-Day* Mean Price $15.9681 Estimated Value | Estimated Gain(Loss) | FIFO Shs Retained | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| IWL 12 | 12,085 | ($542,752) | (12,860) | $486,667 | (775) | | ($56,085) | 3,450 | (194,190) | ($68,461) |
| IW 40 | 88,590 | ($3,620,553) | | | 88,590 | $1,414,614 | ($2,205,939) | 88,590 | (2,205,939) | ($2,205,939) |
| LOCAL 295/851 | 29,310 | ($1,085,598) | (9,110) | $279,701 | 20,200 | $322,556 | ($483,341) | 20,200 | (483,341) | ($483,341) |
| IW 580 | 46,529 | ($2,094,247) | (9,515) | $515,292 | 37,014 | $591,043 | ($987,912) | 46,529 | (1,351,268) | ($987,912) |
| IW Dist Council | 36,520 | ($1,679,390) | (32,120) | $973,596 | 4,400 | $70,260 | ($635,534) | 23,850 | (914,508) | ($635,534) |
| **Summary** | **213,034** | **($9,022,540)** | **(63,605)** | **$2,255,255** | **149,429** | | **($4,368,812)** | **182,619** | **(5,149,246)** | **($4,381,188)** |

\* Avg of Closing Prices June 09-Aug 07

damages\wb\summary

**WACHOVIA CORP**
**CLASS PERIOD: MAY 08 2006 through JUNE 06 2008**

| Plaintiff | Purcahse Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 60-Day* Mean Price $15.9681 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IW 40 | 12/1/2006 | 480 | $54.0900 | ($25,963) | | | | | | | |
| | 3/26/2007 | 2,880 | $56.4300 | ($162,518) | | | | | | | |
| | 6/22/2007 | 2,900 | $52.4165 | ($152,008) | | | | | | | |
| | 8/2/2007 | 5,260 | $46.7160 | ($245,726) | | | | | | | |
| | 10/22/2007 | 29,030 | $46.2780 | ($1,343,450) | | | | | | | |
| | 11/12/2007 | 1,820 | $42.0240 | ($76,484) | | | | | | | |
| | 11/12/2007 | 3,490 | $42.0240 | ($146,664) | | | | | | | |
| | 12/3/2007 | 3,270 | $42.1700 | ($137,896) | | | | | | | |
| | 12/26/2007 | 5,030 | $38.9640 | ($195,989) | | | | | | | |
| | 12/27/2007 | 17,970 | $38.4520 | ($690,982) | | | | | | | |
| | 4/9/2008 | 16,460 | $26.9060 | ($442,873) | | | | | | | |
| | | **88,590** | | **($3,620,553)** | | | | | **88,590** | **$1,414,614** | **($2,205,939)** |

Case 1:08-cv-06171-RJS    Document 3-4    Filed 08/08/08    Page 4 of 7

**WACHOVIA CORP**
**CLASS PERIOD:  MAY 08 2006 through JUNE 06 2008**
**(Includes 90-Day Sales at Statutory Pricing)**

60-Day*
Mean Price
$15.9681

| Plaintiff | Purcahse Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCAL 295/851 | 10/8/2007 | 210 | $51.4500 | ($10,805) | 11/6/2007 | (210) | $42.7789 | $8,984 | | | |
| | 10/19/2007 | 6,200 | $46.3750 | ($287,525) | 12/6/2007 | (3,700) | $43.2750 | $160,118 | | | |
| | 10/24/2007 | 3,700 | $45.4000 | ($167,980) | 6/4/2008 | (3,998) | $21.7640 | $87,012 | | | |
| | 11/19/2007 | 4,700 | $37.8200 | ($177,754) | 6/4/2008 | (202) | $21.6850 | $4,380 | | | |
| | 1/4/2008 | 1,900 | $35.5180 | ($67,484) | 6/11/2008 | (1,000) | $19.2067 | $19,207 | | | |
| | 1/9/2008 | 37 | $33.5300 | ($1,241) | | | | | | | |
| | 1/9/2008 | 63 | $33.4880 | ($2,110) | | | | | | | |
| | 2/13/2008 | 4,857 | $34.7400 | ($168,732) | | | | | | | |
| | 2/13/2008 | 34 | $34.6020 | ($1,176) | | | | | | | |
| | 2/13/2008 | 309 | $34.5190 | ($10,666) | | | | | | | |
| | 3/4/2008 | 700 | $29.0700 | ($20,349) | | | | | | | |
| | 3/17/2008 | 200 | $25.4200 | ($5,084) | | | | | | | |
| | 3/17/2008 | 2,600 | $25.3740 | ($65,972) | | | | | | | |
| | 3/17/2008 | 1,400 | $25.2790 | ($35,391) | | | | | | | |
| | 3/17/2008 | 1,400 | $25.1850 | ($35,259) | | | | | | | |
| | 3/20/2008 | 100 | $30.9900 | ($3,099) | | | | | | | |
| | 4/8/2008 | 900 | $27.7450 | ($24,971) | | | | | | | |
| | | **29,310** | | **($1,085,598)** | | **(9,110)** | | **$279,701** | **20,200** | **$322,556** | **($483,341)** |

\* Avg of Closing Prices June 09-Aug 07

damages\wb\wb_295co

**WACHOVIA CORP**
**CLASS PERIOD: MAY 08 2006 through JUNE 06 2008**

| Plaintiff | Purcahse Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 60-Day* Mean Price $15.9681 Estimated Value | Estimated Gain(Loss) | FIFO Shs Retained | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IWL 12 | | | | | PreClass | 4,225 | | | | | | | | |
| | 7/14/2006 | 1,825 | $52.9450 | ($96,625) | 6/27/2006 | (900) | $52.8387 | $47,555 | | | | | | |
| | 12/1/2006 | 60 | $54.0594 | ($3,244) | 7/11/2006 | (1,300) | $53.8800 | $70,044 | | | | | | |
| | 12/1/2006 | 530 | $54.0590 | ($28,651) | 1/28/2008 | (6,330) | $37.3311 | $236,306 | | | | | | |
| | 8/1/2007 | 520 | $46.6912 | ($24,279) | 5/2/2008 | (3,460) | $30.6610 | $106,087 | | | | | | |
| | 8/3/2007 | 5,620 | $46.5690 | ($261,718) | 5/2/2008 | (870) | $30.6610 | $26,675 | | | | | | |
| | 11/9/2007 | 170 | $41.1619 | ($6,998) | | | | | | | | | | |
| | 11/9/2007 | 1,570 | $41.1619 | ($64,624) | | | | | | | | | | |
| | 2/29/2008 | 1,480 | $31.6279 | ($46,809) | | | | | | | | | | |
| | 2/29/2008 | 310 | $31.6279 | ($9,805) | | | | | | | | | | |
| | | **12,085** | | **($542,752)** | | **(12,860)** | | **$486,667** | **(775)** | | **($56,085)** | **3,450** | **($194,190)** | **($68,461)** |

* Avg of Closing Prices June 09-Aug 07

damages\wb\wb_12co

Case 1:08-cv-06171-RJS   Document 3-4   Filed 08/08/08   Page 6 of 7

**WACHOVIA CORP**
**CLASS PERIOD: MAY 08 2006 through JUNE 06 2008**

| Plaintiff | Purcahse Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 60-Day* Mean Price $15.9681 Estimated Value | Estimated Gain(Loss) | FIFO Shs Retained | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IW Dist Council | | | | | PreClass | 19,450 | | | | | | | | |
| | 6/22/2007 | 10 | $52.5851 | ($526) | 5/1/2008 | (31,900) | $30.3112 | $966,927 | | | | | | |
| | 6/22/2007 | 3,310 | $52.5851 | ($174,057) | 5/1/2008 | (220) | $30.3112 | $6,668 | | | | | | |
| | 8/1/2007 | 10,800 | $46.5747 | ($503,007) | | | | | | | | | | |
| | 8/1/2007 | 140 | $46.5747 | ($6,520) | | | | | | | | | | |
| | 10/19/2007 | 14,260 | $46.7498 | ($666,652) | | | | | | | | | | |
| | 11/9/2007 | 7,870 | $41.1619 | ($323,944) | | | | | | | | | | |
| | 11/9/2007 | 60 | $41.1619 | ($2,470) | | | | | | | | | | |
| | 2/29/2008 | 70 | $31.6279 | ($2,214) | | | | | | | | | | |
| | | 36,520 | | ($1,679,390) | | (32,120) | | $973,598 | 4,400 | $70,260 | ($635,534) | 23,850 | ($914,508) | ($635,534) |

\* Avg of Closing Prices June 09-Aug 07

damages\wb\wb_dc_co

Case 1:08-cv-06171-RJS    Document 3-4    Filed 08/08/08    Page 7 of 7

| Plaintiff | Purcahse Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 60-Day* Mean Price $15.9681 Estimated Value | Estimated Gain(Loss) | FIFO Shs Retained | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IW 580 | | | | | PreClass | 13,525 | | | | | | | | |
| | 10/4/2006 | 6,463 | $55.7800 | ($360,506) | 5/25/2006 | (1,900) | $53.3000 | $101,270 | | | | | | |
| | 10/4/2006 | 1,681 | $55.7800 | ($93,766) | 5/25/2006 | (5,500) | $53.3000 | $293,150 | | | | | | |
| | 12/1/2006 | 770 | $54.1300 | ($41,680) | 12/15/2006 | (2,115) | $57.1500 | $120,872 | | | | | | |
| | 12/13/2006 | 1,350 | $56.1900 | ($75,857) | | | | | | | | | | |
| | 5/21/2007 | 2,830 | $56.5700 | ($160,093) | | | | | | | | | | |
| | 6/1/2007 | 700 | $54.5622 | ($38,194) | | | | | | | | | | |
| | 6/1/2007 | 1,100 | $54.5622 | ($60,018) | | | | | | | | | | |
| | 7/27/2007 | 1,800 | $48.2370 | ($86,827) | | | | | | | | | | |
| | 7/27/2007 | 625 | $48.2370 | ($30,148) | | | | | | | | | | |
| | 10/1/2007 | 9,010 | $51.0170 | ($459,663) | | | | | | | | | | |
| | 10/16/2007 | 500 | $48.8625 | ($24,431) | | | | | | | | | | |
| | 10/16/2007 | 1,250 | $48.8500 | ($61,063) | | | | | | | | | | |
| | 10/22/2007 | 2,010 | $46.7510 | ($93,970) | | | | | | | | | | |
| | 11/12/2007 | 2,780 | $41.3330 | ($114,906) | | | | | | | | | | |
| | 12/19/2007 | 2,350 | $39.2200 | ($92,167) | | | | | | | | | | |
| | 12/31/2007 | 750 | $38.3400 | ($28,755) | | | | | | | | | | |
| | 3/19/2008 | 1,860 | $29.3300 | ($54,554) | | | | | | | | | | |
| | 4/7/2008 | 300 | $27.9100 | ($8,373) | | | | | | | | | | |
| | 4/14/2008 | 8,400 | $24.9140 | ($209,278) | | | | | | | | | | |
| | | 46,529 | | ($2,094,247) | | (9,515) | | $515,292 | 37,014 | $591,043 | ($987,912) | 46,529 | ($1,351,268) | ($987,912) |

* Avg of Closing Prices June 09-Aug 07

damages\wb\wb_580co