Israel David
FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP
One New York Plaza
New York, New York  10004
(212) 859-8000
israel.david@friedfrank.com

*Attorney for Defendants*
*Wachovia Corporation, G. Kennedy Thompson, and Thomas J. Wurtz*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MORTON LIPETZ and EVELYN JEAN LIPETZ,   :   08-CV-6171 (RJS)
Individually and On Behalf of All Others Similarly   :
Situated,   :   **ECF CASE**
   :
   Plaintiff,   :   **NOTICE OF APPEARANCE**
   :
   vs.   :
   :
WACHOVIA CORPORATION, G. KENNEDY   :
THOMPSON and THOMAS J. WURTZ,   :
   :
   Defendants.   :
------------------------------------------------------------------------x

   PLEASE TAKE NOTICE that the undersigned attorney hereby appears for defendants Wachovia Corporation, G. Kennedy Thompson, and Thomas J. Wurtz, and should be served with copies of all papers in this action.

Dated:  New York, New York
         August 8, 2008

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP


By: /s Israel David
    Israel David
    (A Member of the Firm)

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
israel.david@friedfrank.com

Attorney for Defendants
Wachovia Corporation, G. Kennedy Thompson,
and Thomas J. Wurtz