UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORTON and EVELYN JEAN LIPETZ, On Behalf Of Themselves And All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>   vs.<br><br>WACHOVIA CORPORATION, G. KENNEDY THOMPSON, and THOMAS J. WURTZ<br><br>      Defendants. | Civil Action No. 1:08-cv-06171-RJS<br><br>ECF Filed |

**CERTIFICATE OF SERVICE**

I, Maureen Duncan, hereby certify that on August 8, 2008, I caused

1-  NOTICE OF MOTION OF THE WACHOVIA INSTITUTIONAL INVESTOR GROUP FOR (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS;

2-  MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF THE WACHOVIA INSTITUTIONAL INVESTOR GROUP FOR (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS; and

3-  DECLARATION OF GERALD H. SILK IN SUPPORT OF THE MOTION OF THE WACHOVIA INSTITUTIONAL INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS

to be filed electronically with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service.

_/s/ Maureen Duncan_
Maureen Duncan