USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MORTON LIPETZ, et al.,

               Plaintiffs,

-v-

WACHOVIA CORP., et al.,

               Defendants.

No. 08 Civ. 6171 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that any plaintiffs or putative class members in this proposed class action who wish to make a motion to be appointed as lead plaintiff and/or to appoint class counsel need not comply with the pre-motion conference requirement set forth in Rule 2.A of my Individual Practices.

SO ORDERED

Dated:    New York, New York
              August 8, 2008

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE