UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORTON and EVELYN JEAN LIPETZ, On Behalf Of Themselves And All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>vs.<br><br>WACHOVIA CORPORATION, G. KENNEDY THOMPSON, and THOMAS J. WURTZ<br><br>                  Defendants. | Civil Action No. 1:08-cv-06171-RJS<br><br>ECF Filed |

**NOTICE OF NON-OPPOSITION OF THE
<u>WACHOVIA INSTITUTIONAL INVESTOR GROUP</u>**

Based on the pending motions for appointment of Lead Plaintiff, and without commenting on the veracity of their calculation methods, it appears that the New York City Pension Funds[1] assert the largest financial interest in this matter. Therefore, Maine Public Employees Retirement System, Fjärde AP-Fonden, and Public Employees' Retirement System of Mississippi (collectively, the "Wachovia Institutional Investor Group") do not oppose the motion of the New York City Pension Funds for appointment as Lead Plaintiff. The Wachovia Institutional Investor Group stands ready, willing, and able to assist the Court and/or the New York City Pension Funds in the conduct of the litigation. Should the Court decline to appoint the New York City Pension Funds as Lead Plaintiff, the Wachovia Institutional Investor Group submits that it is the next most qualified movant for appointment as Lead Plaintiff in this action.

Dated: August 26, 2008                                  Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Gerald H. Silk
John P. Coffey (JC-3832)
Gerald H. Silk (GS-4565)
Noam Mandel (NM-0203)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
(212) 554-1400
(212) 554-1444 (fax)
sean@blbglaw.com
jerry@blbglaw.com
noam@blbglaw.com

---

[1] The New York City Pension Funds consist of the Board of Education Retirement System; the New York City Employees' Retirement System; the New York City Police Pension Fund; the New York City Police Officers' Variable Supplements Fund; the New York City Police Superior Officers' Variable Supplements Fund; the New York City Fire Department Pension Fund; the New York City Firefighters' Variable Supplements Fund; the New York City Fire Officers' Variable Supplements Fund; the New York City Teachers' Retirement System; and the New York City Teachers' Retirement System Variable Annuity Program.

*Counsel for Public Employees' Retirement System of Mississippi and Proposed Lead Counsel for the Class*

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**

Sean M. Handler
Darren J. Check
Naumon A. Amjed
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056 (fax)

*Counsel for Fjärde AP-Fonden and Maine Public Employees Retirement System and Proposed Lead Counsel for the Class*

2