UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORTON and EVELYN JEAN LIPETZ, On Behalf Of Themselves And All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>    vs.<br><br>WACHOVIA CORPORATION, G. KENNEDY THOMPSON, and THOMAS J. WURTZ<br><br>      Defendants. | Civil Action No. 1:08-cv-06171-RJS<br><br>ECF Filed |

**CERTIFICATE OF SERVICE**

I, Maureen Duncan, hereby certify that on August 26, 2008, I caused NOTICE OF NON-OPPOSITION OF THE WACHOVIA INSTITUTIONAL INVESTOR GROUP to be filed electronically with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service.

*Maureen Duncan*
Maureen Duncan