UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORTON LIPETZ and EVELYN JEAN LIPETZ, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WACHOVIA CORPORATION, G. KENNEDY THOMPSON, and THOMAS J. WURTZ,<br><br>Defendants. | Case No. 1:08-CV-06171-RJS |

NOTICE OF WITHDRAWAL OF THE UNION PENSION FUND
GROUP'S MOTION TO BE APPOINTED LEAD PLAINTIFF
AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

Marc I. Gross
Fei-Lu Qian
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
100 Park Avenue
New York, New York 10017
Telephone: (212) 661-1100
Facsimile:   (212) 661-8665

Patrick V. Dahlstrom
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
One North La Salle Street, Suite 2225
Chicago, Illinois 60602
Telephone:   (312) 377-1181
Facsimile:   (312) 377-1184

**Attorneys for the Union Pension Fund Group**

**PLEASE TAKE NOTICE** that the Iron Workers Locals #40, 361 & 417 Union Security Funds; Iron Workers Local #580 Pension Fund; Iron Workers District Council of Western New York & Vicinity Pension Plan; Iron Workers Local 12 Pension Fund; and Local 295/Local 851 IBT Employer Group Pension Trust Fund (collectively the "Union Pension Fund Group"), hereby withdraw their motion, filed on August 8, 2008, for appointment as lead plaintiff and approval of lead plaintiff's selection of lead counsel.

Dated: September 2, 2008
New York, New York

Respectfully submitted,

**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**

/s Marc I. Gross
Marc I. Gross
Fei-Lu Qian
100 Park Avenue
New York, New York 10017
Telephone:   (212) 661-1100
Facsimile:    (212) 661-8665

**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
Patrick V. Dahlstrom
One North La Salle Street
Suite 2225
Chicago, Illinois 60602
Telephone:   (312) 377-1181
Facsimile:    (312) 377-1184

**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
Cheryl Hamer Mackell
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, DC 20036
Telephone: (202) 327-5420
Facsimile: (202) 327-5422