UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/09

| | |
|---|---|
| In re WACHOVIA EQUITY SECURITIES LITIGATION | No. 08 Civ. 6171 (RJS) |
| In re WACHOVIA PREFERRED SECURITIES AND BOND/NOTES LITIGATION | No. 09 Civ. 6351 (RJS) |
| STICHTING PENSIOENFONDS ABP, Plaintiff, vs. WACHOVIA CORPORATION, et al., Defendants. | No. 09 Civ. 4473 (RJS) |
| FC HOLDINGS AB, et al., Plaintiffs, -v- WELLS FARGO & COMPANY, *et al.*, Defendants. | No. 09 Civ. 5466 (RJS) |

[~~PROPOSED~~] ORDER

WHEREAS, the Court held a conference with the parties in the above-captioned actions on August 18, 2009 and, after hearing from the parties regarding possible coordination of

briefing schedules, concluded that it is appropriate that the motions to dismiss in each of the above-captioned actions be briefed and determined in a coordinated manner:

IT IS HEREBY ORDERED THAT:

1. Lead Plaintiffs in *In Re Wachovia Preferred Securities and Bond/Notes Litigation* shall file a consolidated complaint in that action on or before September 4, 2009 (the "Consolidated Complaint").

2. Defendants shall respond to the Consolidated Complaint in *In re Wachovia Preferred Securities and Bond/Notes Litigation* and to the complaints in the *Stichting Pensioenfonds APB and FC Holdings AB* actions no later than November 3, 2009.

3. If Defendants respond by moving to dismiss, Plaintiffs shall file their oppositions no later than December 18, 2009.

4. Defendants shall file their replies, if any, no later than February 4, 2010.

**SO ORDERED**

DATED: August 24, 2009

THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE