UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re WACHOVIA EQUITY SECURITIES LITIGATION | No. 08 Civ. 6171 (RJS)<br>**ORDER** |
| In re WACHOVIA PREFERRED SECURITIES AND BOND/NOTES LITIGATION | No. 09 Civ. 6351 (RJS)<br>**ORDER** |
| STICHTING PENSIOENFONDS ABP,<br><br>    Plaintiff,<br><br>-v-<br><br>WACHOVIA CORPORATION, *et al.*,<br><br>    Defendants. | No. 09 Civ. 4473 (RJS)<br>**ORDER** |
| FC HOLDINGS AB, *et al.*,<br><br>    Plaintiffs,<br><br>-v-<br><br>WELLS FARGO & COMPANY, *et al.*,<br><br>    Defendants. | No. 09 Civ. 5466 (RJS)<br>**ORDER** |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10

RICHARD J. SULLIVAN, District Judge:

  On April 15, 2010, the Court issued an Order informing Plaintiffs that, should they wish to amend their complaints at some point in this litigation, they should seek leave from the Court to do so prior to April 26, 2010. The Court is now in receipt of a letter from Plaintiffs in the *FC Holdings* action stating that they intend to file a motion to amend and seeking permission to file certain documents under seal in connection with that motion.

  The Court intends to either grant or deny leave to amend without extensive motion practice. Accordingly, if Plaintiffs in any of the above-captioned actions wish to file an

amended complaint in light of the Court's April 15 Order, they shall submit a concise letter of no more than three pages setting forth the nature of the proposed amendment by April 26, 2010. By April 30, 2010, Defendants shall submit letters in opposition. Should the Court grant leave to amend, it will address the *FC Holdings* Plaintiffs' request to seal certain documents at that time.

Dated:    April 19, 2010
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE