KIRBY McINERNEY LLP
*In re Wachovia Sec. Litig.*
Reporting Period: From Inception through April 26, 2012
Exhibit 5 to the Press Declaration

|   | **Name** | **Year of Admission** | **Hourly Rate** | **Total Hours** | **Total Lodestar** |
|---|---|---|---|---|---|
|   | **Partners** |   |   |   |   |
|   | Ira Press | 1990 | $675 | 704.00 | $ 475,200.00 |
| * | Roger Kirby | 1973 | $800 | 1.50 | 1,200.00 |
|   | David Kovel | 2003 | $600 | 17.25 | 10,350.00 |
|   | Mark Strauss | 1994 | $600 | 357.00 | 214,200.00 |
|   | Andrew McNeela | 1999 | $600 | 230.75 | 138,450.00 |
|   | **Of Counsel** |   |   |   |   |
|   | Robert Gralewski | 1998 | $600 | 0.50 | $ 300.00 |
|   | James Carroll | 1994 | $525 | 57.75 | 30,318.75 |
|   | Henry Telias | 1989 | $550 | 41.00 | 22,550.00 |
|   | **Non-Partners** |   |   |   |   |
| ** | Andrew McNeela | 1999 | $500 | 599.25 | $ 299,625.00 |
|   | Edward Varga | 2008 | $375 | 145.75 | 54,656.25 |
|   | William Harris | 2005 | $295 | 239.25 | 70,578.75 |
|   | Edward Gergosian | 1982 | $625 | 157.25 | 98,281.25 |
|   | Brooke West-Hodge | 2004 | $310 | 318.50 | 98,735.00 |
|   | Clarissa Riley | 2005 | $310 | 4.50 | 1,395.00 |
|   | Surya Palaniappan | 2009 | $325 | 25.50 | 8,287.50 |
|   | Christopher Studebaker | 2004 | $400 | 3.00 | 1,200.00 |
|   | Steven Cohn | 2004 | $375 | 25.00 | 9,375.00 |
|   | Sarah Lopez | 2003 | $425 | 148.75 | 63,218.75 |
|   | Beverly Tse Mirza | 2004 | $475 | 104.00 | 49,400.00 |
|   | Andrew Kubrik | 2006 | $280 | 523.25 | 146,510.00 |
|   | Elizabeth Graham | 2004 | $450 | 59.50 | 26,775.00 |
|   | Amy Oakden | 2006 | $400 | 329.25 | 131,700.00 |
|   | Helina Medhin | 2009 | $300 | 45.75 | 13,725.00 |
|   | **Total Attorney** |   |   | **4,138.25** | **$ 1,966,031.25** |
|   | **Law Clerk** |   |   |   |   |
| *** | Surya Palaniappan |   | $200 | 15.50 | $ 3,100.00 |
|   | **Senior Analysts** |   |   |   |   |
|   | Orie Braun |   | $295 | 405.00 | $ 119,475.00 |
|   | Francisco Loya |   | $175 | 149.50 | 26,162.50 |

\*   The time reflected here for Roger Kirby was when he was a partner of the firm.  As of 8/1/2011, Roger Kirby became Of Counsel of the firm.

\*\*  The time reflected here for Andrew McNeela was for work performed when he was an associate.  Effective 1/1/2011, Mr. McNeela became a partner of the firm.  Mr. McNeela's time for the period when he was an associate is recorded at his associate billing rate.

\*\*\* The time reflected here for Surya Palaniappan was for work performed when she was a law clerk.  At the time, she was an attorney admitted in Australia but not in New York or elsewhere in the U.S.  In 2009, Ms. Palaniappan was admitted to the New York Bar.  Ms. Palaniappan's time for the period when she was a law clerk is recorded at her law clerk billing rate.

KIRBY McINERNEY LLP
*In re Wachovia Sec. Litig.*
Reporting Period: From Inception through April 26, 2012
Exhibit 5 to the Press Declaration

| Name | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|
| **Paralegals** | | | |
| Trevor J. Steege | $225.00 | 1.25 | $ 281.25 |
| Josh Boyce | $220.00 | 7.25 | 1,595.00 |
| Amit Gundara | $220.00 | 11.50 | 2,530.00 |
| Elizabeth Cunningham | $175.00 | 23.00 | 4,025.00 |
| Matthew Curry | $175.00 | 8.25 | 1,443.75 |
| Wilona Karnadi | $175.00 | 31.75 | 5,556.25 |
| Rebecca Song | $175.00 | 101.50 | 17,762.50 |
| Anna Matsuo | $175.00 | 24.50 | 4,287.50 |
| Meghan Summers | $175.00 | 200.75 | 35,131.25 |
| Erin O'Balle | $175.00 | 38.25 | 6,693.75 |
| Patricia Orozco | $175.00 | 17.00 | 2,975.00 |
| Katie Sullivan | $175.00 | 14.75 | 2,581.25 |
| Janice Togal | $175.00 | 0.50 | 87.50 |
| Jessica Vosgerchian | $175.00 | 60.50 | 10,587.50 |
| Rachel Walinsky | $175.00 | 38.00 | 6,650.00 |
| Patricia Yan | $175.00 | 185.25 | 32,418.75 |
| Veronica Yu | $175.00 | 8.00 | 1,400.00 |
| Lauren Zaccone | $175.00 | 6.50 | 1,137.50 |
| Logan Morris | $175.00 | 15.75 | 2,756.25 |
| | | | |
| **Clerks** | | | |
| Ricardo Wright | $65.00 | 55.25 | $ 3,591.25 |
| Avril King | $65.00 | 39.75 | 2,583.75 |
| Andrew Miller | $65.00 | 11.75 | 763.75 |
| Rayan Miller | $65.00 | 30.75 | 1,998.75 |
| Stacey Edmonds | $65.00 | 85.25 | 5,541.25 |
| | | | |
| **Total Non Attorneys** | | 1,587.00 | $ 303,116.25 |
| | | | |
| **TOTAL HOURS & LODESTAR** | | 5,725.25 | $ 2,269,147.50 |