

MAY 10, 2012

RECEIVED
MAY 11 2012
CHAMBERS OF
RICHARD J. SULLIVAN
U.S.D.J.

CLERKS OFFICE
CLERK OF THE COURT
United States DISTRICT COURT
Southern DISTRICT OF New York
DANIEL PATRICK MOYNIHAN United States Courthouse
500 PEARL STREET
NEW YORK, NY  10007-1312
RE! IN RE WACHOVIA Equity Securities Litigation
CASE. No 08 CIV 6171 (RJS)

I OBJECT to the Settlement because
the Sale of put options or THE
purchase of CALL OPTIONS were NOT
included. During The TIME frame
of MAY8, 2006 & Sept 29, 2008. I SOLD
put OPTIONS & purchased CALL OPTIONS
THere IS ABSOlutely No difference IN
The purchase & Sale of options AS
IN THe purchase & Sale of COMMON STOCK.
Note! CALL OPTION OR put option is
IDENTICAL To The purchase of Sale
of 100 shares of COMMON STOCK.
THereFore Puts & CALLS should Be
included IN The Settlement.
     John Salvino -1830 Sydney Leigh Lane
Henderson, Nevada 89074   PH# 702 7784474