UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-13

IN RE WACHOVIA EQUITY SECURITIES LITIGATION

No. 08 Civ. 6171 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By Order dated June 8, 2012, the Court approved the parties' class action settlement and plan of allocation, and awarded attorneys' fees and reimbursement of expenses. The Court is now in receipt of the attached letter from H. Stanley Cramer, dated April 15, 2013, requesting assistance in obtaining information concerning the timeline for distributions in this case. It appears that this correspondence was not submitted to the parties. Accordingly, IT IS HEREBY ORDERED THAT the Plaintiffs' counsel shall respond to Mr. Cramer's request no later than April 30, 2013, and shall submit a copy of their response to the Court.

SO ORDERED.

Dated: April 22, 2013
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

4/15/13

HON. RICHARD J. SULLIVAN
U.S. DISTRICT JUDGE
THURGOOD MARSHALL
U.S. COURTHOUSE
40 FOLEY SQ.
NEW YORK, N.Y. 10007

RE: CLAIMENT #19122
H. STANLEY CRAMER
WACHOVIA EQUITY
SECURITIES LITIGATION
#08-6171

YOUR HONOR:

You approved on the above in June 2012 and I submitted the proper claim forms immediately. I have since called the 800 number provided to ascertain when a distribution would begin. The answers are vague and do not offer a time line whatsoever! I humbly ask if your HONOR would make an inquiry. Perhaps the Trustees would be more FORTHCOMING as to when distribution would begin! Thank you so much for your help.

H Stanley Cramer



H S Cramer
8496 Ridgewood Ave Apt 3504
Cpe Canaveral FL 32920

AC 321 785 5855