# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM

Of counsel
Roger W. Kirby
Alice McInerney

**BY ECF AND EMAIL (sullivannysdchambers@nysd.uscourts.gov)**

December 10, 2013

Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

Re: *In re Wachovia Equity Securities Litigation*, No. 08 Civ. 6171 (RJS)

Dear Judge Sullivan:

My firm is Lead Counsel for Lead Plaintiffs and the Class ("Plaintiffs") in the above-referenced securities fraud class action. We write respectfully to inquire as to the status of Plaintiffs' June 11, 2013 motion to authorize distribution of the net settlement fund in this action. *See* Dkt. Nos. 125-28. That motion also sought, *inter alia*, rejection of the thirty-three disputed claims that the Court-appointed claims administrator had determined to be ineligible for participation in this settlement. Pursuant to an Order dated June 4, 2013, the Court permitted the disputing claimants seeking judicial review of their claim to respond to Plaintiffs' distribution motion by August 3, 2013. On August 21, 2013, Plaintiffs filed their reply to the disputing claimants' response to Plaintiffs' distribution motion. *See* Dkt. Nos. 135-37.

If the Court has any questions regarding Plaintiffs' motion or requires any additional information, Plaintiffs and Lead Counsel are available at the Court's convenience to address them.

Respectfully submitted,

Ira M. Press

*Counsel for Lead Plaintiffs and the Class*

KIRBY McINERNEY LLP

Hon. Richard J. Sullivan
December 10, 2013
Page 2

cc: Andrew McNeela, Esq., Counsel for Lead Plaintiffs and the Class (via email)
Eric Hirsch, Esq., Counsel for the Wachovia Defendants (via email at Eric.Hirsch@friedfrank.com)
Sara Brody, Esq., Counsel for the Underwriter Defendants (via email at sbrody@Sidley.com)

KIRBY McINERNEY LLP